# United States Court of Appeals
## For the First Circuit

No. 23-1940

JOSÉ A. RAMOS-RAMOS; ORLANDO MÉNDEZ-LÓPEZ; IGNERIS A.
PÉREZ-ROSARIO; JOSÉ COTTO-MELÉNDEZ,

Plaintiffs, Appellants,

v.

ZAYIRA JORDÁN-CONDE, in the official capacity as President of
the University of Puerto Rico; SINDICATO DE TRABAJADORES DE LA
UNIVERSIDAD DE PUERTO RICO,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on March 25, 2026, is
amended as follows:

On page 9, line 19, remove the period following "n.7"